**Order filed May 14, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00370-CV

---

### IN RE CONNIE VASQUEZ HARRISON

---

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**311th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2006-68864**

---

## O R D E R

On April 29, 2015, this court ordered the issuance of a writ of habeas corpus releasing relator Connie Vasquez Harrison from confinement pending final determination of the relief requested in relator's petition for writ of habeas corpus. The order stated that the writ was returnable on May 26, 2015, at which time relator was required to appear before this court.

The deadline for response to relator's petition has been extended to June 12, 2015. Relator's petition is set for submission without oral argument. Accordingly, this court will inform the parties by later order should their appearance before the court be necessary.

PER CURIAM

Panel consists of Justices Jamison, Busby, and Brown.